# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>          Plaintiff,<br><br>     v.<br><br>SHRIGI, INC., doing business as WELCOME INN,<br><br>          Defendant.<br>_____/ | Case No. 1:16-cv-01483-LJO-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 8)** |

   Plaintiff has filed a notice of Voluntary Dismissal and Dismissal with Prejudice of All Defendants and Plaintiff's Complaint in its Entirety. (Doc. 8.) Plaintiff filed this notice before a defendant filed an answer or a motion for summary judgment. Accordingly, this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **January 31, 2017**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE